United States District Court
Northern District of California

1

2

3

4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7
SCOTT JOHNSON,                                   Case No.  22-cv-00792-SVK

8
             Plaintiff,

9
     v.                                          **ORDER TO SHOW CAUSE RE SETTLEMENT**

10
JSK REAL ESTATE LLC,                             Re: Dkt. No. 10

11
             Defendant.

12
       Plaintiff reports that this case has settled.  All previously-scheduled deadlines and appearances

13
are vacated.

14
       By **April 19, 2022**, the parties shall file a stipulation of dismissal.  If a dismissal is not filed by

15
the specified date, then the parties shall appear on **April 26, 2022 at 1:30 p.m.** and show cause, if any,

16
why the case should not be dismissed.  Additionally, the parties shall file a statement in response to

17
this Order no later than **April 19, 2022**, describing with specificity (1) the parties' efforts to finalize

18
settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor,

19
and the minimum amount of time required to finalize the settlement and file the dismissal.

20
       If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

21
vacated and the parties need not file a statement in response to this Order.

22
       **SO ORDERED.**

23
Dated: February 28, 2022

24

25
SUSAN VAN KEULEN
United States Magistrate Judge

26

27

28